UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUIS LUJANO SEGURA,

      Petitioner,

    v.                         Case No.:  2:26-cv-01877-SPC-NPM

WARDEN, FLORIDA SOFT SIDE
SOUTH *et al.*,

      Respondent,

                             /

## OPINION AND ORDER

Before the Court is Luis Lujano Segura's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1).  Immigration and Customs Enforcement is currently detaining Lujano Segura under 8 U.S.C. § 1226(a), so he is entitled to a bond hearing.  *See Hernandez Alvarez v. Warden*, 175 F.4th 1258 (11th Cir. 2026).  On May 14, 2026, an immigration judge denied his request for release on bond.  Lujano Segura constructively filed his habeas petition on May 28, 2026, arguing his detention violates the Due Process Clause of the Fifth Amendment.  But the petition does not include enough detail to warrant habeas relief.  The Court assumes Lujano Segura believes the bond hearing was somehow procedurally inadequate, but Lujano Segura does not allege any particular defects.

The Court finds that Lujano Segura is not entitled to habeas relief on any ground in his petition. Accordingly, the petition (Doc. 1) is **DISMISSED without prejudice**. Lujano Segura may file an amended petition within **21 days** of this order. Otherwise, the Court will enter judgment and close this case without further notice. The record does not reflect Lujano Segura's current place of detention, so the respondents shall serve this order on him and file a certificate of service within **7 days** of this Order.

**DONE AND ORDERED** in Fort Myers, Florida on June 23, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record